B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of Ohio

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**APEX Realty Enterprises, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Ibiza** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4791587** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**861 N. High Street**<br>**Columbus, OH**<br>ZIP Code **43215** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Franklin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information    \*\*\* Myron N. Terlecky 0018628 \*\*\*

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

### Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

### Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

### Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10) **Page 2**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **APEX Realty Enterprises, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**APEX Realty Enterprises, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** /s/ Myron N. Terlecky<br>Signature of Attorney for Debtor(s)<br><br>**Myron N. Terlecky 0018628**<br>Printed Name of Attorney for Debtor(s)<br><br>**Strip Hoppers Leithart McGrath & Terlecky Co., LPA**<br>Firm Name<br><br>**575 S. Third St**<br>**Columbus, OH 43215**<br><br>Address<br><br>**614-228-6345  Fax: 614-228-6369**<br>Telephone Number<br><br>**April 27, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** /s/ Raymond M. Brown<br>Signature of Authorized Individual<br><br>**Raymond M. Brown**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**April 27, 2011**<br>Date | |

# United States Bankruptcy Court
## Southern District of Ohio

In re **APEX Realty Enterprises, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **17,500.00** |
   | Prior to the filing of this statement I have received | $ **0.00** |
   | Balance Due | $ **17,500.00** |

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **See Application to Employ Counsel**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **April 27, 2011**

**/s/ Myron N. Terlecky**  
**Myron N. Terlecky 0018628**  
**Strip Hoppers Leithart McGrath & Terlecky Co., LPA**  
**575 S. Third St**  
**Columbus, OH 43215**  
**614-228-6345   Fax: 614-228-6369**

---

ALLEN, KUEHNLE, STOVALL & NEUMAN
17 S. HIGH STREET, STE. 1220
COLUMBUS, OH 43215

ANDREW P. SWAY, ESQ.
SQUIRE, SANDERS & DEMPSEY, LLP
41 SOUTH HIGH STREET, STE. 2000
COLUMBUS, OH 43215

ANIMESH BHATIA
B & B PARTNERS OF OHIO
177 LAZELLE ROAD EAST
COLUMBUS, OH 43235

ANIMESH BHATIA/GOGA BHATTAL
B & B PARTNERS OF OHIO, LLC
5026 WINTERSONG LANE
WESTERVILLE, OH 43081

ARTZ, DEWHIRST & WHEELER, LLP
560 E. TOWN STREET
COLUMBUS, OH 43215

AT&T SPECIAL ORDER 2882
220 WISCONSIN AVENUE, FLOOR 2
WAUKESHA, WI 53186

BARBARA AND MARTIN A. GOLUBISKI
1604 WEST SPRING STREET
COLUMBUS, OH 43215

BERARDI & PARTNERS, INC.
369 E. LIVINGSTON AVENUE
COLUMBUS, OH 43215

BRENDA K BOWERS
VORYS SATER SEYMOUR AND PEASE LLP
P O BOX 1008
COLUMBUS, OH 43216

BRIAN J. LALIBERTE
137 EAST STATE STREET
COLUMBUS, OH 43215

CARCAR INVESTMENT GROUP LTD
6205 COLLIER DRIVE
CONCORD, OH

CITY OF COLUMBUS DIVISION OF WATER
910 DUBLIN ROAD
COLUMBUS, OH 43215-1169

CLEVIDENCE, BRENT
388 E. JEFFERY PLACE
COLUMBUS, OH 43214

CMH MIDTOWN PROPERTIES LLC
861 N. HIGH STREET
COLUMBUS, OH 43215

COLUMBIA GAS OF OHIO
920 W. GOODALE BLVD.
COLUMBUS, OH 43212

COLUMBUS BOYS CLUB LTD (AXIS NIGHTCLUB)
861 N. HIGH STREET
COLUMBUS, OH 43215

COMMUNITY LOAN FUND NEW MARKETS II, LLC
17 S. HIGH STREET, STE. 900
COLUMBUS, OH 43215

COMPTON, HOLLY
5447 PICAYUNE STREET
COLUMBUS, OH 43221

CORE IBIZA LLC
ATTN JEFFREY A COOPERSMITH
1515 LAKE SHORE DRIVE, SUITE 225
COLUMBUS, OH 43204

COURTNEY BOLLMAN
1415 BROADVIEW AVENUE, #A
COLUMBUS, OH 43212

COVIN GRAVEL CO., INC.
2290 MCKINLEY AVENUE
COLUMBUS, OH 43204

DAMON BAKER
1087 BROADVIEW AVENUE
COLUMBUS, OH 43212

DAVID F. AXELROD
137 EAST STATE STREET
COLUMBUS, OH 43215

DAVID K. LOWE
1500 W. THIRD AVENUE, #310
P O BOX 12310
COLUMBUS, OH 43212

DAVID KIESS
531 W. THIRD AVENUE
COLUMBUS, OH 43201

DAVID SENFT
5696 LANGHORN DRIVE
COLUMBUS, OH 43235

DEBRA AND ROY WALTERS
102 E. SANDUSKY STREET
MECHANICSBURG, OH 43044

DREW SHONK
425 N. FRONT STREET, #705
COLUMBUS, OH 43215

EFFAT AND DAVID TERMAN
282 ABBOT AVENUE
COLUMBUS, OH 43085

FRANKLIN COUNTY TREASURER
373 SOUTH HIGH ST.
17TH FLOOR
COLUMBUS, OH 43215-8124

GARDEN DESIGN
JOE DAUBEL LLC
1974 VILLAGE COURT
COLUMBUS, OH 43212

GEORGE BERARDI
1042 JAGER STREET
COLUMBUS, OH 43206

GOGA S. BHATTAL/ANIMESH BHATIA
B & B PARTNERS OF OHIO, LLC
7721 SLANE RIDGE DRIVE
WESTERVILLE, OH 43082

GREG BRUGGMAN
719 N. HIGH STREET
COLUMBUS, OH 43215

GREG SMITH
432 E RICH STREET, #5F
COLUMBUS, OH 43215

GREGORY R. BOLYARD
968 HARRISON AVENUE
COLUMBUS, OH 43201

HEITMEYER, CHAD
969 DELAWARE AVENUE
COLUMBUS, OH 43201

HUDSON, CRISTIN
1251 LAKESHORE DRIVE, APT. A
COLUMBUS, OH 43204

JANE BROWN
9539 STILL MEADOW LANE
CENTERVILLE, OH 45458

JARRODD JOHNS
150 E. MAIN STREET, #407
COLUMBUS, OH 43215

JENNIFER A. FRENCH
LANE ALTON & HORST
TWO MIRANOVA PLACE, #500
COLUMBUS, OH 43215

JIM HALEY
448 W. NATIONWIDE BLVD.
COLUMBUS, OH 43215

JOAN AND STEVE SAFRAN
7889 N. COOLVILLE RIDGE
ATHENS, OH 45701

JOANN AND WENDELL SAMSON
149 CHEROKEE DRIVE
WINFIELD, WV 25213

JOANNE STRASSER
959 DELAWARE AVENUE
COLUMBUS, OH 43201

JOE KNAPP
P O BOX 2307
FORT LAUDERDALE, FL 33303

JOEL FIELD
815 N. HIGH STREET
COLUMBUS, OH 43215

JOHN SHANKS, III
2617 DEMING AVENUE
COLUMBUS, OH 43202

KAREN ATWOOD AND KEO SARANG
670 EMERIL DRIVE
DECATUR, GA 30032

KAREN TRAUGH
192 RATHBONE AVENUE
COLUMBUS, OH 43214

KEITH SHUMATE, ESQ.
SQUIRE, SANDERS & DEMPSEY, LLP
41 SOUTH HIGH STREET, SUITE. 2000
COLUMBUS, OH 43215

KIM MILLS
1943 COLLINGSWOOD ROAD
COLUMBUS, OH 43211

KLEINGERS & ASSOCIATES
6304 CENTRE PARK DRIVE
WEST CHESTER, OH 45069

KORY CRABTREE
40 W. RUSSELL STREET
COLUMBUS, OH 43215

LUIS CALVA
425 N. FRONT STREET
COLUMBUS, OH 43215

MALEE AMORNYARD
1947 LONDONDALE PARKWAY
NEWARK, OH 43055

MARIA M. UNTERBRINK
134 E. 15TH AVENUE
COLUMBUS, OH 43215

MARK FRENCH
1170 GRINNELL DRIVE
YELLOW SPRINGS, OH 45387

MARK HARRISON
126 JACK JONES STREET
AIKEN, SC 29801

MARK SROUFE
158 BUTTLES AVENUE
COLUMBUS, OH 43215

MARKATE VENTURES
C/O MARK FRENCH
1170 GRINNELL DRIVE
YELLOW SPRINGS, OH 45387

MARY AND ROBERT YORDE
845 N. HIGH STREET, #210
COLUMBUS, OH 43215

MARY E. JOHNSON
FRANKLIN COUNTY PROSECUTOR'S OFFICE
373 S. HIGH STREET, 17TH FLOOR
COLUMBUS, OH 43215

MATTHEW HERNANDEZ
845 N. HIGH STREET, #401
COLUMBUS, OH 43215

MICHAEL G. COUNCIL
845 N. HIGH STREET, UNIT 406
COLUMBUS, OH 43215

MUSTAFA YAZAR
4101 HANOVER SQUARE DRIVE
DUBLIN, OH 43016

NAVNEETH KANKANI
138000 CHESTNUT DR. UNIT 203
EDEN PRAIRIE, MN 55344

NOVA IBIZA PARTNERS, LLC
45826 EDWARD TERRACE
DULLES, VA 20166

PAUL ELBERG
5351 PRIMROSE HILL DRIVE
COLUMBUS, OH 43230

PAUL UNGER
1405 DUBLIN ROAD
COLUMBUS, OH 43215

RAJESH LAHOTI
110 BUTTLES AVENUE
COLUMBUS, OH 43215

RAM LAHOTI
207 GRANGE HALL DRIVE
GAITHERSBURG, MD 20877

RASHIMI AND SUNIL PATEL
77 BROOKS ROAD
MOORESTOWN, NJ 08057

RASHMI PATEL
77 BROOKS ROAD
MOORESTOWN, NJ 08057

RAYMOND BROWN
845 N. HIGH STREET
COLUMBUS, OH 43215

RICK ELKHATIB
111 W. FIRST AVENUE, #9
COLUMBUS, OH 43201

RMRW LTD
861 N. HIGH STREET
COLUMBUS, OH 43215

ROBERT TATE
767 N HIGH STREET UNIT 203
COLUMBUS, OH 43215

ROY G BIV CORPORATION
861 N. HIGH STREET
COLUMBUS, OH 43215

RUSCILLI CONSTRUCTION CO., INC.
ARLINGGATE BUSINESS PARK
2041 ARLINGATE LANE
COLUMBUS, OH 43228

SCHOTTENSTEIN, ZOX & DUNN
250 WEST STREET
COLUMBUS, OH 43215

SEAN AND DENEE CHOICE
3 BELMONT COURT
CHILLICOTHE, OH 45601

SIMON GROUP LIMITED PARTNERSHIP
3000 E. 14TH AVENUE
COLUMBUS, OH 43215

SMITH & HALE
37 W. BROAD STREET, STE. 725
COLUMBUS, OH 43215

SQUIRE, SANDERS & DEMPSEY LLP
1300 HUNTINGTON CENTER
41 SOUTH HIGH STREET
COLUMBUS, OH 43215

STEVEN DELL'OLIO
5088 STRAWPOCKET LANE
WESTERVILLE, OH 43081

STEVEN M. SHELLABARGER
845 N. HIGH STREET, UNIT 401
COLUMBUS, OH 43215

TIME WARNER CABLE
P O BOX 2553
COLUMBUS, OH 43216-2553

TIMOTHY O'NEILL
909 W. FIFTH AVENUE
COLUMBUS, OH 43215

TOM AND BETSY KLEIN
200 GLENDALE AVENUE
FINDLAY, OH 45840

TRAVIS SAMSON
110 BUTTLES AVENUE
COLUMBUS, OH 43215

TROY SEMAN
208 KING AVENUE, APT. 8
COLUMBUS, OH 43201

TRUPTI AND DAVID STURGEON
1781 LAKESHORE DRIVE
COLUMBUS, OH 43204

VALERIE & CHRISTOS THALASSINOS
4787 RUSTIC BRIDGE ROAD
COLUMBUS, OH 43214

W. BLAIR LEWIS LLC
400 ANDOVER DRIVE
POWELL, OH 43065

WALKER PARKING CONSULTANTS
6602 EAST 75TH STREET, STE. 210
INDIANAPOLIS, IN 46250

WHALEN & COMPANY CPAS
250 W. OLD WILSON BRIDGE ROAD
SUITE 300
COLUMBUS, OH 43085

WILBUR ISCHIE
110 BUTTLES AVENUE
COLUMBUS, OH 43215

WILLIAM REULBACH
123 MAMORONOCH AVENUE
MAMARONECK, NY 10543

# United States Bankruptcy Court
## Southern District of Ohio

In re **APEX Realty Enterprises, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **APEX Realty Enterprises, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**RMRW Ltd.**  
**861 N. High Street**  
**Columbus, OH 43215**

☐ None [*Check if applicable*]

**April 27, 2011**  
Date

**/s/ Myron N. Terlecky**  
**Myron N. Terlecky 0018628**  
Signature of Attorney or Litigant  
Counsel for **APEX Realty Enterprises, LLC**  
**Strip Hoppers Leithart McGrath & Terlecky Co., LPA**  
**575 S. Third St**  
**Columbus, OH 43215**  
**614-228-6345 Fax:614-228-6369**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re  **APEX Realty Enterprises, LLC**                    Case No.
                                         Debtor(s)         Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Community Loan Fund New Markets II, LLC** <br> **17 S. High Street, Ste. 900** <br> **Columbus, OH 43215** | **Community Loan Fund New Markets II, LLC** <br> **17 S. High Street, Ste. 900** <br> **Columbus, OH 43215** | **830 North High Street** <br> **Columbus, OH 43215** | | **5,128,415.00** <br> **(3,130,700.00 secured)** <br> **(485,192.84 senior lien)** |
| **Berardi & Partners, Inc.** <br> **369 E. Livingston Avenue** <br> **Columbus, OH 43215** | **Berardi & Partners, Inc.** <br> **369 E. Livingston Avenue** <br> **Columbus, OH 43215** | **Architecture Services** | **Contingent Disputed** | **503,312.14** |
| **Nova IBIZA Partners, LLC** <br> **45826 Edward Terrace** <br> **Dulles, VA 20166** | **Nova IBIZA Partners, LLC** <br> **45826 Edward Terrace** <br> **Dulles, VA 20166** | **Money Loaned** | | **452,000.00** |
| **Mark Sroufe** <br> **158 Buttles Avenue** <br> **Columbus, OH 43215** | **Mark Sroufe** <br> **158 Buttles Avenue** <br> **Columbus, OH 43215** | **Money Loaned** | | **250,000.00** |
| **Steven M. Shellabarger** <br> **948 Neil Avenue** <br> **Columbus, OH 43201** | **Steven M. Shellabarger** <br> **948 Neil Avenue** <br> **Columbus, OH 43201** | **Money Loaned** | | **250,000.00** |
| **Carcar Investment Group LTD** <br> **6205 Collier Drive** <br> **Concord, OH** | **Carcar Investment Group LTD** <br> **6205 Collier Drive** <br> **Concord, OH** | **Money Loaned** | | **250,000.00** |
| **Markate Ventures** <br> **c/o Mark French** <br> **1170 Grinnell Drive** <br> **Yellow Springs, OH 45387** | **Markate Ventures** <br> **c/o Mark French** <br> **1170 Grinnell Drive** <br> **Yellow Springs, OH 45387** | **Money Loaned** | | **175,000.00** |
| **Animesh Bhatia/Goga Bhattal** <br> **B & B Partners of Ohio, LLC** <br> **5026 Wintersong Lane** <br> **Westerville, OH 43081** | **Animesh Bhatia/Goga Bhattal** <br> **B & B Partners of Ohio, LLC** <br> **5026 Wintersong Lane** <br> **Westerville, OH 43081** | **Money Loaned** | | **125,000.00** |
| **Goga S. Bhattal/Animesh Bhatia** <br> **B & B Partners of Ohio, LLC** <br> **7721 Slane Ridge Drive** <br> **Westerville, OH 43082** | **Goga S. Bhattal/Animesh Bhatia** <br> **B & B Partners of Ohio, LLC** <br> **7721 Slane Ridge Drive** <br> **Westerville, OH 43082** | **Money Loaned** | | **125,000.00** |
| **Walker Parking Consultants** <br> **6602 East 75th Street, Ste. 210** <br> **Indianapolis, IN 46250** | **Walker Parking Consultants** <br> **6602 East 75th Street, Ste. 210** <br> **Indianapolis, IN 46250** | **Services/Goods Provided** | | **97,591.90** |

B4 (Official Form 4) (12/07) - Cont.

In re **APEX Realty Enterprises, LLC**        Case No. _____

           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kim Mills<br>1943 Collingswood Road<br>Columbus, OH 43211 | Kim Mills<br>1943 Collingswood Road<br>Columbus, OH 43211 | Services/Goods Provided | | 75,000.00 |
| Simon Group Limited Partnership<br>3000 E. 14th Avenue<br>Columbus, OH 43215 | Simon Group Limited Partnership<br>3000 E. 14th Avenue<br>Columbus, OH 43215 | 830 North High Street<br>Columbus, OH 43215 | | 74,750.00<br>(3,130,700.00 secured)<br>(5,613,607.84 senior lien) |
| Barbara and Martin A. Golubiski<br>1604 West Spring Street<br>Columbus, OH 43215 | Barbara and Martin A. Golubiski<br>1604 West Spring Street<br>Columbus, OH 43215 | Deposit | | 71,499.90 |
| Greg Smith<br>432 E Rich Street, #5F<br>Columbus, OH 43215 | Greg Smith<br>432 E Rich Street, #5F<br>Columbus, OH 43215 | Deposit | | 61,999.80 |
| Gregory R. Bolyard<br>968 Harrison Avenue<br>Columbus, OH 43201 | Gregory R. Bolyard<br>968 Harrison Avenue<br>Columbus, OH 43201 | Money Loaned | | 55,000.00 |
| Squire, Sanders & Dempsey LLP<br>1300 Huntington Center<br>41 South High Street<br>Columbus, OH 43215 | Squire, Sanders & Dempsey LLP<br>1300 Huntington Center<br>41 South High Street<br>Columbus, OH 43215 | Legal Fees | | 44,758.79 |
| Ruscilli Construction Co., Inc.<br>ArlingGate Business Park<br>2041 Arlingate Lane<br>Columbus, OH 43228 | Ruscilli Construction Co., Inc.<br>ArlingGate Business Park<br>2041 Arlingate Lane<br>Columbus, OH 43228 | Construction Services | | 40,000.00 |
| Artz, Dewhirst & Wheeler, LLP<br>560 E. Town Street<br>Columbus, OH 43215 | Artz, Dewhirst & Wheeler, LLP<br>560 E. Town Street<br>Columbus, OH 43215 | Legal Fees | | 38,760.34 |
| Time Warner Cable<br>P O Box 2553<br>Columbus, OH 43216-2553 | Time Warner Cable<br>P O Box 2553<br>Columbus, OH 43216-2553 | Services/Goods Provided | | 36,088.00 |
| George Berardi<br>1042 Jager Street<br>Columbus, OH 43206 | George Berardi<br>1042 Jager Street<br>Columbus, OH 43206 | Deposit | | 35,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **APEX Realty Enterprises, LLC** Case No.
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 27, 2011**       Signature  **/s/ Raymond M. Brown**
                                         **Raymond M. Brown**
                                         **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Ohio

In re  **APEX Realty Enterprises, LLC**   ,   Case No. _____

Debtor

Chapter   **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael G. Council**<br>**845 N. High Street, Unit 406**<br>**Columbus, OH 43215** | | **1%** | **Membership Interest** |
| **Rajesh R. Lahoti**<br>**110 Buttles Avenue**<br>**Columbus, OH 43215** | | **1%** | **Membership Interest** |
| **Raymond M. Brown**<br>**845 N. High Street, Unit 401**<br>**Columbus, OH 43215** | | **1%** | **Membership Interest** |
| **RMRW Ltd.**<br>**861 N. High Street**<br>**Columbus, OH 43215** | | **96%** | **Membership interest** |
| **Wilbur N. Ischie**<br>**110 Buttles Avenue**<br>**Columbus, OH 43215** | | **1%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 27, 2011**   Signature  **/s/ Raymond M. Brown**

**Raymond M. Brown**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders